UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CARLOS SUBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV1363 RWS |
| | ) | |
| FREDRICK LEMONS, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Service for defendant Carl Coleman has not been effectuated because he is no longer employed by the University City Police Department. As a result, the Court will direct defense counsel to submit to the Court, *under seal*, the last known residential address for Carl Coleman so that the Court may attain service of process on Mr. Coleman.

Accordingly,

**IT IS HEREBY ORDERED** that defense counsel will provide the Court with defendant Carl Coleman's last known address, *under seal*, no later than twenty-one (21) days from the date of this Order.

Dated this 29th day of December, 2016.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE