UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARLOS SUBER, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:15CV1363 RWS |
| FREDERICK LEMONS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that defendant Carl Coleman's motion for leave to join in defendants' amended motion to dismiss [Doc. #31] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall have twenty (20) days to respond to defendants' motion to dismiss.

Dated this 5th day of January, 2017.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE