## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| CAROLS SUBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15-CV-1363 RWS |
| | ) | |
| FREDRICK LEMONS, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for leave to file an amended complaint. The motion is denied because the Court's Local Rules require pro se parties to use the Court's forms. *See* E.D. Mo. Local Rule 2.06(A).

The Court will order the Clerk to send plaintiff the proper form. If plaintiff wishes to move for leave to file an amended complaint, he must file a new motion and use the Court's form.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file an amended complaint is **DENIED**. (Doc. 40)

**IT IS FURTHER ORDERED** that the Clerk is directed to send plaintiff a prisoner civil rights complaint form.

**IT IS FURTHER ORDERED** that plaintiff must file a renewed motion for leave to amend and proposed amended complaint within fourteen (14) days from the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff does not timely file a proposed amended complaint, the Court will take up defendants' motion to dismiss.

Dated this 6th day of April, 2017.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE