UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CARLOS SUBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15-CV-1363 RWS |
| | ) | |
| FREDERICK LEMONS, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before me on my own motion. Service has been returned unexecuted with regard to defendants Marchelli Jemerson and Charles Adams because they are no longer employed at the University City Police Department.

Accordingly,

**IT IS HEREBY ORDERED** that defense counsel is directed to submit the last known home addresses for defendants Marchelli Jemerson and Charles Adams to the Court no later than October 24, 2017. The submission must be both under seal and *ex parte*.

Dated this 10th day of August, 2017.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE