# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CARLOS SUBER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15-CV-1363 RWS |
| FREDERICK LEMONS, et al., | ) ) ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that defendants Carl Coleman, Fredrick Lemons, and Dour Nodari's motion for leave to file in excess of page limitation (Doc. 55) and motion for leave to file answer out of time (Doc. 56) are **GRANTED**.

Dated this 14th day of August, 2017.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE