UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARLOS SUBER, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 4:15-CV-1363 RWS |
| FREDRICK LEMONS, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's "motion for reconsideration and/or, in the alternative, notice of appeal." Because plaintiff filed a separate notice of appeal simultaneously with his motion, the Court will construe the motion only as a motion to reconsider. After reviewing the grounds raised by plaintiff, the Court declines to reconsider its Order of Dismissal dated March 21, 2018. The grounds raised by plaintiff are wholly conclusory. The Court concludes that plaintiff's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Plaintiff is therefore not entitled to reconsideration of the dismissal of his action, and his motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration and/or, in the alternative, notice of appeal, which the Court construes only as a motion for reconsideration, is **DENIED**. [ECF No. 106]

Dated this 24th day of April, 2018.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE